# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARY DOUCET,

        Plaintiff,

vs.

CONAM MANAGEMENT CORPORATION,

        Defendant.

Case No.: 2:17-cv-02571-GMN-PAL

**ORDER**

      This matter is before the Court on Defendant's Request to Excuse Attendance of Insurance Carrier Representative at Early Neutral Evaluation (ECF No. 10), filed on November 2, 2017. Plaintiff filed a Limited Opposition (ECF No. 12) on November 13, 2017.

      Defendant requests that its insurance representative, who resides in New York, be excused from personal attendance at the Early Neutral Evaluation ("ENE") set for December 7, 2017. Defendant represents that it believes the insurance representative is not necessary at the ENE because it believes that the settlement value of this matter is well below its self-insured retention rate of $100,000.00. Plaintiff represents that she does not have a problem with Defendant's insurance representative remaining in New York. However, Plaintiff requests that Defendant's insurance representative be made available by telephone during the time of the ENE. Therefore, the Court will grant Defendant's request and instructs Defendant to ensure that its insurance representative is available via telephone at the time of the ENE. According,

      **IT IS HEREBY ORDERED** that Defendant's Request to Excuse Attendance of Insurance Carrier Representative at Early Neutral Evaluation (ECF No. 10) is **granted**.

      DATED this 14th day of November, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge