BRUCE C. YOUNG, ESQ., NV Bar # 5560
SCOTT H. BARBAG, ESQ., NV Bar # 14164
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Bruce.Young@lewisbrisbois.com
Scott.Barbag@lewisbrisbois.com

Attorneys for ConAm Management Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARY DOUCET, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CONAM MANAGMENT CORPORATION, a foreign corporation; DOES I-X; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendant. | CASE NO. 2:17-cv-02571-GMN-PAL<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Mary Doucet ("Plaintiff") and Defendant ConAm Management Corporation ("Defendant"), by and through their respective attorneys of record, hereby stipulate to dismiss all Plaintiff's claims against Defendant set forth in the Complaint (ECF No. 1), with prejudice.

/ / /

/ / /

/ / /

/ / /

4832-8103-0234.1

Each party agrees that they will bear their own costs, disbursements, and attorneys' fees.

DATED this 12th day of January, 2018.  DATED this 11th day of January, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP   MAIER GUTIERREZ & ASSOCIATES

_____       _____
Bruce C. Young, Esq.                  Joseph A Gutierrez, Esq.
Scott H. Barbag, Esq.                 Danielle J. Barraza, Esq.

Attorneys for Defendant               Attorneys for Plaintiff
ConAm Management Corporation          Mary Doucet

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 16, 2018